PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RICKY KIRK,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:23-cv-00824-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's response to Plaintiff's Motion for Summary Judgment is due September 28, 2023. This is Defendant's first request for an extension of this deadline.

2. Counsel for the Commissioner is in the process of consulting with his client on the defensibility of this matter. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to unnecessarily delay the proceedings in this matter.

WHEREFORE, Defendant requests until October 30, 2023, respond to Plaintiff's Motion for Summary Judgment.

Date: _September 29, 2023_    LAW OFFICES OF FRANCESCO BENAVIDES

By:   _/s/ Caspar Chan for Francesco Benavides_ *
FRANCESCO BENAVIDES
*Authorized by email on September 29, 2023
Attorneys for Plaintiff

Date: _September 29, 2023_    PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   _/s/ Caspar Chan_
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: September 29, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE